The People of the State of New York, Respondent, v Gilberto Ramos, Appellant.

Submitted August 29, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Donald Stanley, Appellant.

Submitted August 29, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Appellant, v Jessie Velez, Respondent.

Submitted August 1, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.